IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRE L. SHEFFIELD,

    **Plaintiff,**

v.                                         Case No. 4:22-cv-409-AW-MJF

MICHAEL BROWN, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's November 29, 2022 report and recommendation. ECF No. 3. After the report and recommendation issued, Plaintiff filed a motion to amend his complaint. ECF No. 8. That motion took issue with the report and recommendation's conclusions, so I have treated it as an objection and considered de novo the issues it raised.

Having considered the matter, I now adopt the report and recommendation and incorporate it in into this order. The short of the situation is that Plaintiff failed to accurately disclose his litigation history.

Plaintiff responds that two of the cases the magistrate judge cited were not cases at all—that Plaintiff had simply filed affidavits with he court. ECF No. 8; *see also* ECF No. 3 (citing *Sheffield v. Shiftlette*, No. 3:22-cv-1277-BJD-LLL, ECF No. 1 at 1 (M.D. Fla Nov. 10, 2022); and *Sheffield v. Sec'y Dep't of Corr.*, No. 3:22-cv-1245-MMH-JBT, ECF No. 1 at 1 (M.D. Fla. Nov. 8, 2022)). And it is true that his

1

filings in those two cases were not styled as complaints. But those were just examples. Even setting those two aside, there are still cases that Plaintiff did not disclose. Indeed, his recent filing (after the report and recommendation issued) confirm this. ECF No. 8 Ex. A (letter to Plaintiff from clerk of court listing cases that were not disclosed in this case). Under all the circumstances, I agree with the magistrate judge that dismissal is appropriate.

The motion to amend (ECF No. 8) is DENIED. The motion to appoint counsel (ECF No. 5) is also DENIED. Plaintiff has no statutory right to counsel in this circumstance, and in my discretion, I conclude that none should be appointed.

The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process." The clerk will then close the file.

SO ORDERED on December 30, 2022.

s/ *Allen Winsor*<br>United States District Judge